

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLAUDIA RODRIGUEZ ACOSTA, | § | No. 08-21-00064-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| ANDREW PHILLIP ACOSTA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCM2792) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Appellant Claudia Rodriguez Acosta has filed a motion to voluntarily dismiss her appeal.

The Court grants Appellant's motion and dismisses this appeal. *See* TEX.R.APP.P. 42.1.


June 28, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.